UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edgar Carrillo,<br><br>    Plaintiff,<br><br>  vs.<br><br>Best California Gas, Ltd., a Limited Partnership; Partnership Springs, LLC, a California Limited Liability Company; Downey Service Station, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case No.: 2:19-cv-02332-R-GJS**<br><br>**JUDGMENT** |

    Having granted summary judgment in favor of Best California Gas, Ltd., Platinum Springs, LLC and Downey Service Station, Inc. (collectively "Defendants") for the reasons set forth in the Court's September 16, 2019 Order (Docket Entry #30), IT IS HEREBY ADJUDGED, ORDERED AND DECREED by the Court that Plaintiff Edgar Carrillo ("Plaintiff") take nothing, that judgment is entered against Plaintiff and in favor of Defendants, and that Defendants shall recover their costs.

Dated: September 23, 2019 _____

                                                                                                    _____
                                                                                 United States District Judge